

# Fourth Court of Appeals
## San Antonio, Texas

December 10, 2019

No. 04-19-00824-CV

**IN THE INTEREST OF A.C.P.T., A CHILD,**

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-00127
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* Tex. R. Jud. Admin. 6.2. Appellant timely filed his notice of appeal and request for a reporter's record on November 20, 2019, and served a copy on the court reporter, Elva Chapa. Accordingly, the reporter's record was due ten days later on November 30, 2019. *See* Tex. R. App. P. 26.1(b), 35.1(b). The record was not filed. On December 6, 2019, the reporter filed a notification of late record, requesting an extension of time until December 20, 2019 to file the record.

We grant the motion in part and **order** the record due **December 16, 2019**. *See* Tex. R. App. P. 35.3(c) (extension of time to file record in accelerated appeal must not exceed 10 days).

Because this is an appeal from the termination of parental rights, "the trial court must direct the official or deputy reporter to immediately commence the preparation of the reporter's record. The trial court must arrange for a substitute reporter, if necessary." Tex. R. App. P. 28.4(b)(1). We **order** the clerk of this court to serve a copy of this order on the trial court. *See* Tex .R. App. P. 35.3(c) ("[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed").

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of December, 2019.



MICHAEL A. CRUZ,
Clerk of Court